ORRIN R. BROOKS, *Respondent, v.* FRANCIS G. BOSWELL, *Appellant.* — Judgment and order affirmed. SMITH, P. J., taking no part in the decision.

JOSEPH SCHANTZ and others, *Appellants, v.* HENRY SCHANTZ, *Respondent.* — Appeal dismissed, with ten dollars costs and disbursements. *Held,* that the order striking the cause from the circuit calendar is not appealable.

JOHN T. COOK, *Impleaded, etc., Respondent, v.* FRANK P. ROWE, *Appellant.* — Judgment of the County Court and that of the Municipal Court reversed. *Held,* that the return of the constable was insufficient to give the Municipal Court jurisdiction. It did not state or show that a copy of the notice was served, nor that the defendant could not be found, or that due effort was made to find him.

HUBBARD KELSEY, *Appellant, v.* SMITH LYON, *Respondent.* — Order appealed from affirmed on opinion of DANIELS, J., at Special Term.

LESTER W. BABCOCK, *Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Judgment reversed and new trial ordered, costs to abide event. *Held,* that the judge erred in charging the jury that they might give exemplary damages.

LAUREN C. WOODRUFF, *Appellant, v.* LEONARD B. FIELD, *Respondent.* — Judgment and order affirmed. HAIGHT, J., not sitting.

THE EATON, COLE & BURNHAM COMPANY, *Respondents, v.* EDWARD MARTIN, *Appellant.* — Judgment affirmed.

JOHN O. GORMAN, *by Guardian, Appellant, v.* BENJAMIN BUSHNELL, *Respondent.* — Judgment affirmed.

EDWARD ISHAM and others, *Respondents, v.* THE TRUSTEES OF THE FIRST PRESBYTERIAN CHURCH OF DUNKIRK and others, *Appellants.* — Order affirmed, with ten dollars costs and disbursements on the opinion of DANIELS, J., at Special Term, and on the authority of *The First Presbyterian Church of New York* v. *Scott and others,* decided by this court in January last and not reported.

PAULINA STELMACHER, *Respondent, v.* CHRISTOPHER WESP, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Appellant,* FOR THE APPOINTMENT OF COMMISSIONERS TO EXAMINE THE PROPOSED ROUTE OF THE NEW YORK, LACKAWANNA AND WESTERN RAILROAD COMPANY, IN THE TOWN OF ERWIN, *Respondents.* Order affirmed, with ten dollars costs and disbursements.

THE LAKE KEUKA STEAM NAVIGATION COMPANY, *Appellant, v.* RALPH T. WOOD, *Respondent.* — Order affirmed.